# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**ALLYSON CAUDILLO**,  Case 2:14-cv-02574
    Plaintiff,

vs.   NOTICE OF DISMISSAL
   WITH PREJUDICE

**MIDCONTINENT CREDIT SERVICES, INC.**,

    Defendant.

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed with prejudice.

Respectfully submitted,

By: /s/J. Mark Meinhardt
J. Mark Meinhardt #20245
1 E. Washington St. Ste. 500
Phoenix, AZ 85004
Telephone:   (913) 827-1950
Email:   meinhardtlaw@gmail.com
ATTORNEY FOR PLAINTIFF